ACCEPTED
01-14-00552-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 2:44:44 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00552-CV

* * *

IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 2:44:44 PM
CHRISTOPHER A. PRINE
Clerk

* * *

## MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA, AND ROSA NELLY TREVINO,
*Appellants,*

**v.**

## ALFREDO GONZALEZ,
*Appellee.*

* * *

On Appeal from the 365th Judicial District Court
of Maverick County, Texas

* * *

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA, and ROSA NELLY TREVINO, Appellants in this matter, respectfully file this motion requesting an extension of time to file their reply brief in this cause. By this motion, Appellants seek an extension of twenty days from the current due date of March 26, 2015 to April 15, 2015. Counsel for Appellee does not oppose the relief sought by this motion.

## I.

Following two extensions of time, Appellants filed their brief on December 5, 2014. Appellee likewise received two extensions of time to file his brief and filed that brief on March 6, 2015. Appellants' reply brief is presently due to be filed on or before March 26, 2015.

## II.

Because Appellee's brief was timely filed and served on the evening of Friday March 6, 2015. I was engaged in pre-planned family activities during the ensuing weekend and did not receive Appellee's brief until the morning of March 9, 2015. At that time, and throughout the week ending March 13, 2015, I was tasked with assisting with the trial of Cause No. CV2013-094384, *Bruno v. Landstar System, Inc.*, *et al.*, in the Superior Court of Maricopa County, Arizona.

In the middle of that week, my wife fell ill and was diagnosed with Influenza B, leaving me as the sole available caregiver for our two young daughters, who were on Spring Break from school. The following day, each of my daughters was also diagnosed with Influenza B, leaving me as the sole available caregiver for my wife and my children. With the ongoing trial in the *Bruno* matter, the small amounts of time I had

available for work were devoted to issues arising from that trial. Accordingly, I was unable to begin work on the reply brief during the first week after receipt of Appellee's brief.

Upon returning to work on March 16, 2015, I was again unable to immediately begin work on the reply brief in this matter, as I was tasked with responding to motions to exclude experts in anticipation of a March 25, 2015 hearing in Cause No. 2014-CCV-60088-1, *Cornelius v. Anderson Machinery Co., et. al.*, in the County Court at Law No. 1 of Nueces County, Texas. Along with the other demands of a busy practice, these issues left insufficient time before the current deadline to prepare the reply brief.

## III.

In light of the foregoing, Appellants respectfully request a twenty-day extension of time, from March 26, 2015 to April 15, 2015, to file their reply brief.

## IV.

This extension is not sought for purposes of delay. It is requested because of the above-mentioned circumstances, along with the regular interruptions of a busy law practice.

WHEREFORE, PREMISES CONSIDERED, Appellants Maribel Ambriz Martinez, Guadalupe Mota, and Rosa Nelly Trevino respectfully request that this motion be granted and that the time for filing their brief be extended by twenty days from March 26, 2015 to April 15, 2015. Appellants also respectfully pray for such other and further relief to which they may be entitled.

Respectfully submitted,

WATTS GUERRA, LLP
Michael J. Murray
State Bar No. 24007721
mmurray@wattsguerra.com
Francisco Guerra IV
State Bar No. 00796684
fguerra@wattsguerra.com
Shalimar S. Wallis
State Bar No. 24033191
swallis@wattsguerra.com
300 Convent Street, Suite 100
San Antonio, Texas 78205
(210) 527-0500 (telephone)

LAW OFFICE OF MICHAEL MILLER
Michael Miller
State Bar No. 00788060
mmiller@michaelmillerlaw.com
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666 (telephone)

/s/ Michael J. Murray          .
Michael J. Murray

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), on March 23, 2015, the undersigned conferred with Ms. Elizabeth Conry Davidson, attorney for Appellee. Ms. Davidson advised that Appellee does not oppose the relief Appellants seek by this motion.

  /s/ Michael Murray          .
Michael J. Murray

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic filing system of the Court. I also certify that a true and correct copy of the foregoing was served via e-service or e-mail on the following counsel of record on March 24, 2015:

Carl J. Kolb
CARL J. KOLB, P.C.
926 Chulie Drive
San Antonio, Texas  78216

Elizabeth Conry Davidson
Attorney at Law
926 Chulie Drive
San Antonio, Texas  78216

*Counsel for Appellee Alfredo Gonzalez*

  /s/ Michael J. Murray          .
Michael J. Murray